

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

On June 1, 2022, appellant filed his brief. On July 1, 2022, appellee filed her brief. Also on July 1, 2022, appellant filed an amended brief. Appellee then filed an objection to Appellant's Amended Brief. Appellee states that the brief appellant filed on June 1, 2022 is the same as the brief appellant filed on June 1, 2022. Appellee recognizes that appellant did not bring any new arguments or cite to anything new in the record. According to appellee, the difference between appellant's original brief and appellant's amended brief is that "new documents are attached to the Appendix." In other words, appellant has supplemented his appendix. Because no new arguments were brought in appellant's amended brief and because appellant did not cite to anything new in the record, we DENY appellee's objection to appellant's amended brief. Further, as no new arguments and no new citations were made in appellant's amended brief, we DENY appellee's request to respond to appellant's amended brief. As noted, in essence, appellant's amended brief merely constitutes a supplementation of his appendix.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court